IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CITIZENS BANK OF PENNSYLVANIA** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **REIMBURSEMENT TECHNOLOGIES, INC., et al.** | : | |
| | : | |
| **Defendants.** | : | **NO. 12-1169** |

## O R D E R

**AND NOW**, this 16th day of June, 2014, upon consideration of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF Document 30) pursuant to Fed. R. Civ. P. 12(b)(6), plaintiff's response thereto (Doc. 33), and defendant's reply (Doc. 35), and plaintiff's Motion for Leave to File a Third Amended Complaint (Doc. 37), and defendant's response thereto (Doc. 39), for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to File a Third Amended Complaint (Doc. 37) is **DENIED**;

2. Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 30) is **GRANTED**, and Plaintiff's Second Amended Complaint (Doc. 27) is **DISMISSED**;

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

 s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE